| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>**Gustavo R Garcia**<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 7<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF , THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:    07/09/2025    Gustavo R Garcia_____    _____
                       Printed name of Debtor 1              Signature of Debtor 1

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                            Page 1                            F 1002-1.EMP.INCOME.DEC

# Orange County Superintendent of Schools

| Employee Name | District Name | | | | | Check Number |
|---|---|---|---|---|---|---|
| GARCIA, GUSTAVO R | 068 - CAPISTRANO UNIFIED SCHOOL DIST | | | | | DIRECT DEPOSIT |

| Employee ID | Pay Site | Sequence Number | Federal | Marital Status | Exemption | | Additional Amount |
|---|---|---|---|---|---|---|---|
| 6800035446 | 0760 | 27944 | | SINGLE | 1 | | 0.00 |
| Payroll Number | Payroll Issue Date | Payroll Ending Date | State: | Marital Status | Exemption | Extra Exemption | Additional Amount |
| 12B | 07-10-2025 | 06-30-2025 | | SINGLE | 1 | 0 | 0.00 |

Important Message

## Hours and Earnings

| Description | Rate of Pay | Hours/Units | Earnings |
|---|---|---|---|
| HRLY/DAY/MO | 4,877.4300 | 1.000 | 4,877.43 |
| OVERTIME | 42.2100 | 7.500 | 316.58 |
| 1/2 PAY | 112.5600 | -3.000 | -337.68 |
| JUNE 2021 | 165.9200 | | 165.92 |
| JUNE 2022 | 180.6400 | | 180.64 |

CURRENT GROSS PAY: 5,202.89
YEAR-TO-DATE GROSS PAY: 33,313.73

## Tax Deductions

| Tax Description | Current Amount | Calendar Year-To-Date |
|---|---|---|
| FEDERAL | 453.89 | 2,035.86 |
| STATE | 144.90 | 432.40 |
| OASDI | 322.58 | 1,734.46 |
| MEDICARE | 75.44 | 405.63 |
| STATE DISABILITY INS | | |
| TOTAL: | 996.81 | |

## Pre-Tax Retirement

| Current | Calendar Y-T-D | Fiscal Y-T-D | E.P.M.C. Current | Summer Deferral Fiscal Y-T-D |
|---|---|---|---|---|
| 363.19 | 2,551.31 | 4,477.55 | | |
| Retirement Redeposit | | Alt Fiscal Y-T-D | | |
| | | | | |

## Pre-Tax Deductions

| Description | Amount |
|---|---|
| | |

CURRENT TOTAL:
YEAR-TO-DATE TOTAL: 5,338.62

## Other Deductions

| Description | Amount |
|---|---|
| AMERICAN FIDELITY ASSUR | 41.54 |
| C.S.E.A. CHAPTER DUES | 2.00 |
| C.S.E.A. STATE DUES | 47.25 |
| TOTAL: | 90.79 |

| | Gross Pay | Pre-Tax Deductions | Pre-Tax Retirement | Other Deductions | Tax Deductions | Advanced Earned Income Credit | ESA Gross Advance | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 5,202.89 | | 363.19 | 90.79 | 996.81 | | | 3,752.10 |

NON NEGOTIABLE

**Orange County Superintendent of Schools**

| Employee Name | District Name | Check Number |
|---|---|---|
| GARCIA, GUSTAVO R | 068 - CAPISTRANO UNIFIED SCHOOL DIST | DIRECT DEPOSIT |

| Employee ID | Pay Site | Sequence Number | Federal: | Marital Status | Exemption | | Additional Amount | |
|---|---|---|---|---|---|---|---|---|
| 6800035446 | 0760 | 29203 | | SINGLE | 1 | | 0.00 | |

| Payroll Number | Payroll Issue Date | Payroll Ending Date | State: | Marital Status | Exemption | Extra Exemption | Additional Amount | |
|---|---|---|---|---|---|---|---|---|
| 11B | 06-10-2025 | 05-31-2025 | | SINGLE | 1 | 0 | 0.00 | |

Important Message

## Hours and Earnings

| Description | Rate of Pay | Hours/Units | Earnings |
|---|---|---|---|
| HRLY/DAY/MO | 4,877.4300 | 1.000 | 4,877.43 |
| OVERTIME | 42.2100 | 8.000 | 337.68 |
| NOV 1/2 PAY | 112.5600 | -4.000 | -450.24 |
| APRIL 1/2 PAY | 112.5600 | -4.000 | -450.24 |
| JAN 1/2 PAY | 112.5600 | -2.000 | -225.12 |
| FEB 1/2 PAY | 112.5600 | -2.000 | -225.12 |
| MAR 1/2 PAY | 112.5600 | -2.000 | -225.12 |
| DEC 1/2 PAY | 112.5600 | -1.000 | -112.56 |
| MAY 1/2 PAY | 112.5600 | -2.000 | -225.12 |
| REVERSE DEC OS | 28.1400 | 8.000 | 225.12 |
| REVERSE JAN OS | 28.1400 | 16.000 | 450.24 |
| REVERSE FEB OS | 28.1400 | 16.000 | 450.24 |
| REVERSE MAR OS | 28.1400 | 16.000 | 450.24 |
| REVERSE NOV OS | 28.1400 | 32.000 | 900.48 |
| CURRENT GROSS PAY: | | | 5,777.91 |
| YEAR-TO-DATE GROSS PAY: | | | 28,110.84 |

## Tax Deductions

| Tax Description | Current Amount | Calendar Year-To-Date |
|---|---|---|
| FEDERAL | 280.60 | 1,581.97 |
| STATE | 30.62 | 287.50 |
| OASDI | 303.06 | 1,411.88 |
| MEDICARE | 70.88 | 330.19 |
| STATE DISABILITY INS | | |
| TOTAL: | 685.16 | |

## Pre-Tax Retirement

| Current | Calendar Y-T-D | Fiscal Y-T-D | E.P.M.C. Current | Summer Deferral Fiscal Y-T-D |
|---|---|---|---|---|
| 435.23 | 2,188.12 | 4,114.36 | | |
| Retirement Redeposit | | Alt Fiscal Y-T-D | | |

## Pre-Tax Deductions

| Description | Amount |
|---|---|
| CUSD/KAISER PERMANENTE | 865.50 |
| CUSD/VISION SERVICE | 5.29 |
| CUSD / DELTA DENTAL PPO | 18.98 |
| CURRENT TOTAL: | 889.77 |
| YEAR-TO-DATE TOTAL: | 5,338.62 |

## Other Deductions

| Description | Amount |
|---|---|
| AMERICAN FIDELITY ASSUR | 41.54 |
| C.S.E.A. CHAPTER DUES | 2.00 |
| C.S.E.A. STATE DUES | 47.25 |
| TOTAL: | 90.79 |

| | Gross Pay | Pre-Tax Deductions | Pre-Tax Retirement | Other Deductions | Tax Deductions | Advanced Earned Income Credit | ESA Gross Advance | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 5,777.91 | 889.77 | 435.23 | 90.79 | 685.16 | | | 3,676.96 |