Certificate Number: 14912-CAC-DE-040106599

Bankruptcy Case Number: 25-12188



14912-CAC-DE-040106599

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 18, 2025, at 10:47 o'clock PM EDT, Gustavo Garcia completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:  September 18, 2025  By:  /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor